Jeffrey R. Olson, # 120945
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:    (209) 524-1100
Facsimile:     (209) 524-1188

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
RIPON UNIFIED SCHOOL DISTRICT and SAN
JOAQUIN COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F., an minor, by and through his parents M.A.F. and J.F., and M.A.F. and J.F. individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and DOES 1-200,<br><br>Defendants. | Case No.  2:10-CV-00523-FCD-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, AND SAN JOAQUIN COUNTY OFFICE OF EDUCATION TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

1  Pursuant to Local Rule 144, IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that Defendants RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, and SAN JOAQUIN COUNTY OFFICE OF EDUCATION shall be granted an extension of time up to and including August 9, 2010 within which to file a responsive pleading to the First Amended Complaint in the above-captioned matter.  No prior extensions of time have been requested.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: June 30, 2010                                LOUGHREY & ASSOCIATES

                                                    By:      /s/   Tamara Loughrey
                                                                Tamara Loughrey
                                                              Attorneys for Plaintiffs

Dated: June 30, 2010                                McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP


                                                    By:      /s/   Jeffrey R. Olson
                                                                Jeffrey R. Olson
                                                             Attorneys for Defendants
                                                    RIPON UNIFIED SCHOOL DISTRICT,
                                                    RIPON UNIFIED SCHOOL DISTRICT
                                                      BOARD OF TRUSTEES and SAN
                                                      JOAQUIN COUNTY OFFICE OF
                                                               EDUCATION

///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA  95354

2

**ORDER**

Pursuant to the Stipulation as reflected above, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES, and SAN JOAQUIN COUNTY OFFICE OF EDUCATION shall have until **August 9, 2010** to file a responsive pleading to Plaintiffs' First Amended Complaint.

DATED: July 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

3