IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A.A.H. and J.R.H. and J.A.A.H. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually; E.F., a minor, by and through his parents M.Y.F. and A.F., and M.Y.F. and A.F. individually and E.R., minor, by and through her parents D.R. A.R, and D.R. and A.R. individually and J.M, a minor, by and through his parents E.M. and R.M and E.M. and R.M. individually,

Plaintiffs,

v.

RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; SAN JOAQUIN COUNTY SPECIAL EDUCATION LOCAL PLAN AREA (SELPA), VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOL SELPA, MODESTO CITY SCHOOLS BOARD OF EDUCATION, TRACY UNIFIED SCHOOL DISTRICT (TUSD); TUSD BOARD OF EDUCATION; STANISLAUS COUNTY SELPA; STANISLAUS COUNTY OFFICE OF EDUCATION; STOCKTON UNIFIED SCHOOL DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT SELPA,STOCKTON UNIFIED SCHOOL

2:08-cv-00855-GEB-JFM

RELATED CASE ORDER

DISTRICT BOARD OF EDUCATION; CALIFORNIA OFFICE OF ADMINSTRATIVE HEARINGS; CALIFORNIA DEPARTMENT OF EDUCATION; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity; TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; LEO ZUBER, Superintendent for RUSD, in his official capacity, CAMILLE TAYLOR, Director of Special Education for RUSD, in her official capacity; ARTURO FLORES, Superintendent of Modesto City Schools, in his official and personal capacity; DIANE SCOTT, Supervisor of Pre-K - 6 Special Education, Modesto City Schools SELPA, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; JAMES FRANCO, Superintendent of TUSD, in his official and individual capacity; NANCY HOPPLE, Director of Special Education for TUSD, in her official and individual capacity; DORIAN RICE, Director of San Joaquin County Office of Education and SELPA, in his official and individual capacity, SANDEE KLUDT, Assistant Superintendent of San Joaquin County Office of Education and SELPA, in her official and individual capacity, FREDERICK WENTWORTH, Superintendent of San Joaquin County Office of Education, in his official and individual capacity, REGINA HEDIN, Director of Stanislaus County SELPA, in her official and individual capacity; BONNIE JONES-LEE, Special Education Director for Stanislaus County Office of Education, in her official and individual )

capacity; TOM CHAGNON, Superintendent of Stanislaus County Office of Education, in his official and individual capacity; JACK MCLAUGHLIN, Superintendent of Stockton Unified School District, in his official and individual capacity, Julie Penn, Director of Stockton Unified School District Special Education Department and SELPA, in her official and individual capacity, SHERIANNE LABA, Presiding Judge of Office of Administrative Hearings, Special Education Division, in her official capacity; JACK O'CONNELL, Superintendent of California Department of Education, in his official and individual capacity; TERRI DELGADILLO, Director of the Department of Developmental Services, in her official and individual capacity and Does 1 - 200,

Defendants.

---

Z.F., a minor by and through his parents M.A.F. and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents G.N. and M.R. and G.N. and M.R. individually,

Plaintiffs,

v.

RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN VALLEY COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC); MODESTO CITY SCHOOLS; MODESTO CITY SCHOOLS BOARD OF EDUCATION; RICHARD JACOBS, Executive

2:10-CV-00523-FCD-EFB

Director of VMRC, in his official and individual capacity; TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and DOES 1-200,

Defendants.

________________________________

Defendants Valley Mountain Regional Center, Richard Jacobs and Tara Sisemore-Hester ("Defendants") filed a Notice of Pendency of Other Action under L.R. 123 on July 13, 2010, stating "this action is related to another action on file with this Court: Z.F. v. Ripon Unified School District *et al*, Case No. 2:08-cv-00855-GEB-JFM." (Docket No. 85, 2:2-3.) Defendants contend action 2:10-CV-00523-FCD-EFB is related to the above-action already assigned to the undersigned judge within the meaning of L.R. 123, because "the Instant Action and the Related Action are related insofar as they involve the same parties and appear to involve the same events, underlying facts, and questions of law." Specifically, Defendants argue:

> As in the Related Action, Plaintiffs allege that they were unlawfully denied intensive behavior treatment for Autism Spectrum Disorder at local government agencies contracted by the Department of Education due to the eligibility criteria and referral process set forth in the EIBT Document. Moreover, the complaint in the Instant Action specifically references the Related Action and addresses the exhaustion of administrative remedies issue which caused the dismissal of the Related Action.

(Id., 3:12-17.) Defendants further contend, "[t]he parties to the Instant Action were all parties to the Related Action as well, with the exception of Defendant Sue Swartzlander." (Id., 3:2-4.)

In light of the notice of related cases filing, action 2:10-CV-00523-FCD-EFB is reassigned to the undersigned judge and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the initials "GEB-JFM" next to the action number. The Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment and shall issue Judge Garland E. Burrell, Jr.'s Order Setting Status (Pretrial Scheduling) Conference in 2:10-CV-00523-GEB-JFM setting a status conference.

Dated: July 23, 2010

GARLAND E. BURRELL, JR.
United States District Judge