LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
CHRIS IDE-DON, Bar No. 239634
JUSTIN ARNOLD, Bar No. 252030
220 4th St., Suite 103
Oakland, CA  94607
Phone: 510.891.1254
Fax:  510.891.1258

Attorneys for Counterdefendants M.A.F.,
J.A. and Defendant SPECIAL NEEDS ADVOCATES
FOR UNDERSTANDING

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1 – 200.<br><br>Defendants. | CASE NO.  2:10-CV-00523-GEB-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT STATUS CONFERENCE**<br><br>Date: December 13, 2010<br><br>Time: 9:00 a.m.<br><br>Courtroom: 10<br><br>Judge: Honorable Garland E. Burrell Jr. |

| | |
|---|---|
| 1 | ) |
| 2 | VALLEY MOUNTAIN REGIONAL ) |
|   | CENTER, RICHARD JACOBS and TARA ) |
| 3 | SISEMORE-HESTER ) |
|   | ) |
| 4 | Counterclaimants, ) |
|   | ) |
| 5 | ) |
|   | v. ) |
| 6 | ) |
|   | M.A.F. and J.A., SPECIAL NEEDS ) |
| 7 | ADVOCATES FOR UNDERSTANDING, ) |
|   | and AUTISM REFORM CALIFORNIA ) |
| 8 | ) |
|   | Counterdefendants. ) |
| 9 | ) |
|   | ) |

The parties in the above captioned case hereby stipulate to continue the Joint Status Conference currently scheduled to take place on December 13, 2010.  Because the Court is currently considering three motions to dismiss Plaintiffs' complaint and a motion to dismiss and a motion to strike Counterclaimants' complaint, the Parties believe it is in the interest of judicial economy to prepare Joint Status Reports and conduct the Joint Status Conference after the Court has ruled on the motions.  At that time, the Parties believe they will be better able to provide the information requested in the Court's Pre-Trial Scheduling Order.  Accordingly, the Parties request that the Joint Status Conference bet continued until 30 days after the Court's ruling on the currently pending motions.

DATED:  November 29, 2010           /s/ Justin Arnold
                                    Tamara Loughrey
                                    Justin Arnold
                                    Attorneys for Plaintiffs and
                                    Counterdefendants


DATED:  November 29, 2010           /s/ Rod Levin___
                                    Rod Levin
                                    Attorney for Ripon Unified School

---

Z.F. v. Ripon, et al. – Request and Stipulation to Continue Joint Status Conference

2

                     District Defendants

DATED:  November 29, 2010       /s/ Cassandra Carroll
                    Cassandra Carroll
                    Attorney for Valley Mountain
                    Regional Center Defendants and
                    Counterclaimants

DATED:  November 29, 2010       /s/ Michelle Cannon
                    Michelle Cannon
                    Attorney for Modesto City Schools
                    Defendants

## ORDER

Good cause appearing therefore,

  1.  The December 13, 2010 Joint Status Conference is vacated.

  2.  The pretrial scheduling conference is rescheduled for February 28, 2011, at 9:00 a.m.

  A joint status report shall be filed fourteen days prior to the hearing.

It is so ordered.

**Date:  <u>11/29/2010</u>**

                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge