LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
21 Orinda Way, Suite C #307
Orinda, CA  94563
Phone: 925.253.1693
Fax:  925.253.9693

Attorneys for Plaintiffs and Counterdefendants M.A.F., J.A. and Defendant SPECIAL NEEDS ADVOCATES FOR UNDERSTANDING

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents  J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1 – 200.<br><br>Defendants. | CASE NO.  2:10-CV-00523-GEB-JFM<br><br>**REQUEST AND STIPULATION TO CONTINUE RULE 26 INITIAL DISCLOSURES DATE AND THE DATE FOR ADDING 'DOE' DEFENDANTS; [PROPOSED] ORDER ATTACHED**<br><br>Date:<br><br>Time:<br><br>Courtroom: 10<br><br>Judge: Honorable Garland E. Burrell Jr. |

Z.F. v. Ripon, et al. – Request and Stipulation to Extend the Date for Initial Disclosures and 'Doe' Amendment

1

|  |  |
|---|---|
| VALLEY MOUNTAIN REGIONAL CENTER, RICHARD JACOBS and TARA SISEMORE-HESTER | ) ) ) ) |
| Counterclaimants, | ) ) ) |
| v. | ) ) |
| M.A.F. and J.A., SPECIAL NEEDS ADVOCATES FOR UNDERSTANDING, and AUTISM REFORM CALIFORNIA | ) ) ) ) ) |
| Counterdefendants. | ) ) ) ) |

## STIPULATION AND REQUEST TO EXTEND INITIAL DISCLOSURES

The parties in the above captioned case hereby stipulate to continue the date for the initial disclosures pursuant to F.R.C.P. 26 from November 4, 2011, the date specified in their September 19, 2011 Joint Status Report, to December 15, 2011.  The reason for this stipulation and request is due to Plaintiffs' counsel's serious medical condition, stage IV colon cancer.  Ms. Loughrey has developed new cancer and as a result must change to a new treatment regime which will be very time consuming initially. See attached Loughrey declaration and her doctor's letter for more information regarding her health situation. Accordingly, the parties request that the date for the initial disclosures be continued for 45 days to December 15, 2011.

## STIPULATION AND REQUEST TO CONTINUE DATE TO AMEND COMPLAINT TO ADD DOE DEFENDANTS

Additionally, the parties stipulate to continue the date for plaintiffs' amendment to add 'Doe' defendants.  In the court's Status (Pre-Trial Scheduling) Order filed on September 29, 2011, the court ordered plaintiffs to add any 'Doe' defendants within 90 days from the date the order was filed, by December 28, 2011.  Due to plaintiffs' counsel's unavailability due to medical necessity rendering her unable to work regularly for the next sixty days, she will not be able to meet this deadline.  Plaintiffs' counsel notified all defense counsel and her clients as soon as she learned of the additional cancer in early October 2011 and the impact of her medical condition's affect on her ability to meet the deadlines in the case.  See Loughrey Declaration for

details regarding her health status.  Plaintiffs' counsel also believes the initial disclosures and additional discovery are needed to appropriately identify any 'Doe' defendants.  Therefore, the parties have agreed to extend the deadline for the amendment of the 'Doe' defendants to April 16, 2012.  Pursuant to the court's September 29, 2011 order, class certification motions are also due by this date.

DATED:  October 19, 2011              /s/ Tamara Loughrey
                                      Tamara Loughrey
                                      Attorney for Plaintiffs and
                                      Counterdefendants

DATED:  October 19, 2011              /s/ Rod Levin
                                      Rod Levin
                                      Attorney for Ripon Unified School
                                      District Defendants

DATED:  October 19, 2011              /s/ Cassandra Carrol
                                      G. Daniel Newland
                                      Cassandra Carrol
                                      Attorneys for Valley Mountain
                                      Regional Center Defendants and
                                      Counterclaimants

DATED:  October 19, 2011              /s/ Michelle Cannon
                                      Michelle Cannon
                                      Attorney for Modesto City Schools
                                      Defendants

//
//
//
//
//
//

Z.F. v. Ripon, et al. – Request and Stipulation to Extend the Date for Initial Disclosures and 'Doe' Amendment
3

**[PROPOSED] ORDER**

Based on Plaintiffs' counsel's medical necessity and the parties' stipulation, good cause appearing therefore,

1. The November 4, 2011 date for Initial Disclosures and the December 28, 2011 date to amend the complaint to add 'Doe' defendants are both vacated.

2. Initial Disclosures shall be made on or before December 15, 2011.

3. The date to add 'Doe' defendants is extended to April 16, 2012.

It is so ordered.

**Date: 10/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge