1   LOUGHREY & ASSOCIATES
    TAMARA LOUGHREY, Bar No. 227001
2   21 Orinda Way, Suite C #307
    Orinda, CA  94563
3   Phone: 925.253.1693
    Fax:  925.253.9693
4

5   Attorneys for Plaintiffs and Counterdefendants M.A.F.,
    J.A. and Defendant SPECIAL NEEDS ADVOCATES
6   FOR UNDERSTANDING

7   LEIGH LAW GROUP also DBA EDULEGAL
    MANDY LEIGH, Bar No. 225748
8   JAY T. JAMBECK, Bar No. 226018
    870 Market Street, Suite 1161
9   TEL 415-399-9155
    FAX 415-399-9608
10  mleigh@leighlawgroup.com
    jjambeck@leighlawgroup.com
11
    Attorneys for Plaintiffs and Counterdefendants M.A.F.
12  J.A.

13                THE UNITED STATES DISTRICT COURT FOR
                  THE EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually, | CASE NO.  2:10-CV-00523-GEB-JFM |
| Plaintiffs, on behalf of themselves and all others similarly situated | **REQUEST AND STIPULATION TO CONTINUE THE DATE FOR ADDING 'DOE' DEFENDANTS AND CLASS CERTIFICATION; [PROPOSED] ORDER ATTACHED** |
| v. | Date: |
| RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE | Time:  Courtroom: 10  Judge: Honorable Garland E. Burrell Jr. |

SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1 – 200.

Defendants.

VALLEY MOUNTAIN REGIONAL CENTER, RICHARD JACOBS and TARA SISEMORE-HESTER

Counterclaimants,

v.

M.A.F. and J.A., SPECIAL NEEDS ADVOCATES FOR UNDERSTANDING, and AUTISM REFORM CALIFORNIA

Counterdefendants.

**STIPULATION AND REQUEST TO CONTINUE THE DATE TO AMEND THE COMPLAINT TO ADD DOE DEFENDANTS AND TO MOVE FOR CLASS CERTIFICATION**

The parties in the above captioned case hereby stipulate to continue the date to Amend the complaint to name "doe" defendants and move for Class Certification in this case from **April 16, 2012[1] to June 18, 2012**. The reason for this stipulation and request is due to Plaintiffs' counsel's serious medical condition, stage IV colon cancer. Ms. Loughrey's cancer has continued to spread which has affected her ability to work due to changes in treatments and side effects from the treatments. See attached Loughrey declaration and her doctor's letter for more information regarding her health situation. Although Plaintiffs were able to bring on new co-

---

[1] The original date for the naming of the "doe" defendants was December 28, 2011 pursuant to the court's September 29, 2011 order. The motion for class certification was set for April 16, 2012 pursuant to the same order. This is the second extension for the 'doe' defendants amendment but the first extension for the class certification motion.

counsel in late January 2012, Ms. Loughrey and the new counsel have not had any time to make a smooth transition in the case.  Additionally, the parties have recently engaged in discovery regarding the doe defendants and the class certification motions.  Accordingly, the parties set forth the following schedule for the pending discovery and motions:

1. Plaintiffs' response to VMRC's discovery requests are due on <u>April 30, 2012,</u> and Plaintiffs shall serve no further discovery on VMRC until Plaintiffs respond to these discovery requests;
2. All Defendants' responses to Plaintiffs' discovery requests are due on <u>May 15, 2012</u>;
3. Plaintiffs' Motions for Class Certification and Doe Defendant Amendments are due on <u>June 18, 2012</u>;
4. Defendants' Responses/Oppositions to the Motions for Class Certification and Doe Defendants are due on <u>August 2, 2012</u>;
5. Plaintiffs' Reply is due on <u>August 16, 2012</u>;

This schedule anticipates that the parties will continue to make every effort to cooperate through the discovery process.  However, no party waives the right to bring motions to compel or petition the court for additional time on the pending motions should an unexpected discovery dispute arise.

DATED:  March 9, 2012                     <u>/s/ Tamara Loughrey</u>
                                          Tamara Loughrey
                                          Attorney for Plaintiffs and
                                          Counterdefendants

DATED:  March 9, 2012                     <u>/s/ Jay T. Jambeck</u>
                                          MANDY LEIGH
                                          JAY T. JAMBECK
                                          Attorney for Plaintiffs and
                                          Counterdefendants

| | |
|---|---|
| DATED: March 9, 2012 | /s/ Rod Levin<br>Rod Levin<br>Attorney for Ripon Unified School District Defendants |
| DATED: March 9, 2012 | /s/ Cassandra Carroll<br>G. Daniel Newland<br>Cassandra Carroll<br>Attorneys for Valley Mountain Regional Center Defendants and Counterclaimants |
| DATED: March 9, 2012 | /s/ Michelle Cannon<br>Michelle Cannon<br>Attorney for Modesto City Schools Defendants |

## [PROPOSED] ORDER

Based on Plaintiffs' counsel's medical necessity and the parties' stipulation, good cause appearing therefore,

1. The April 16, 2012 date to amend the complaint to add 'Doe' defendants and move for Class Certification is vacated.

2. Plaintiffs' Motions for Class Certification and Doe Defendant Amendments are due on June 18, 2012;

3. Defendants' Responses/Oppositions to the Motions for Class Certification and Doe Defendants are due on August 2, 2012;

4. Plaintiffs' Reply is due on August 16, 2012;

5. Oral argument is scheduled to commence at 9:00 a.m. on September 10, 2012.

It is so ordered.

DATED: March 15, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Z.F. v. Ripon, et al. – Stipulation and Request to Continue Class Certification and Doe Defendant [Proposed] Order

5