LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, Bar No. 227001
21 Orinda Way, Suite C #307
Orinda, CA  94563
Phone: 925.253.1693
Fax:  925.253.9693

Attorneys for Plaintiffs and Counterdefendants M.A.F., J.A. and Defendant SPECIAL NEEDS ADVOCATES FOR UNDERSTANDING

LEIGH LAW GROUP also DBA EDULEGAL
MANDY LEIGH, Bar No. 225748
JAY T. JAMBECK, Bar No. 226018
870 Market Street, Suite 1161
TEL 415-399-9155
FAX 415-399-9608
mleigh@leighlawgroup.com
jjambeck@leighlawgroup.com

Attorneys for Plaintiffs and Counterdefendants M.A.F. J.A.

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents  J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE | CASE NO.  2:10-CV-00523-GEB-JFM<br><br>**REQUEST AND STIPULATION TO CONTINUE THE DATE FOR ADDING 'DOE' DEFENDANTS AND CLASS CERTIFICATION; [PROPOSED] ORDER ATTACHED**<br><br>Date:<br><br>Time:<br><br>Courtroom: 10<br><br>Judge: Honorable Garland E. Burrell Jr. |

SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1 – 200.

              Defendants.

VALLEY MOUNTAIN REGIONAL CENTER, RICHARD JACOBS and TARA SISEMORE-HESTER

              Counterclaimants,

    v.

M.A.F. and J.A., SPECIAL NEEDS ADVOCATES FOR UNDERSTANDING, and AUTISM REFORM CALIFORNIA

              Counterdefendants.

## STIPULATION AND REQUEST TO CONTINUE THE DATE TO AMEND THE COMPLAINT TO ADD DOE DEFENDANTS AND TO MOVE FOR CLASS CERTIFICATION

The parties in the above captioned case hereby stipulate to continue the date to Amend the complaint to name "doe" defendants and move for Class Certification in this case from **April 16, 2012[1] to June 18, 2012**. The reason for this stipulation and request is due to Plaintiffs' counsel's serious medical condition, stage IV colon cancer. Ms. Loughrey's cancer has continued to spread which has affected her ability to work due to changes in treatments and side effects from the treatments. See attached Loughrey declaration and her doctor's letter for more information regarding her health situation. Although Plaintiffs were able to bring on new co-

---

1 The original date for the naming of the "doe" defendants was December 28, 2011 pursuant to the court's September 29, 2011 order. The motion for class certification was set for April 16, 2012 pursuant to the same order. This is the second extension for the 'doe' defendants amendment but the first extension for the class certification motion.

counsel in late January 2012, Ms. Loughrey and the new counsel have not had any time to make a smooth transition in the case. Additionally, the parties have recently engaged in discovery regarding the doe defendants and the class certification motions. Accordingly, the parties set forth the following schedule for the pending discovery and motions:

1. Plaintiffs' response to VMRC's discovery requests are due on <u>April 30, 2012,</u> and Plaintiffs shall serve no further discovery on VMRC until Plaintiffs respond to these discovery requests;
2. All Defendants' responses to Plaintiffs' discovery requests are due on <u>May 15, 2012</u>;
3. Plaintiffs' Motions for Class Certification and Doe Defendant Amendments are due on <u>June 18, 2012</u>;
4. Defendants' Responses/Oppositions to the Motions for Class Certification and Doe Defendants are due on <u>August 2, 2012</u>;
5. Plaintiffs' Reply is due on <u>August 16, 2012</u>;

This schedule anticipates that the parties will continue to make every effort to cooperate through the discovery process. However, no party waives the right to bring motions to compel or petition the court for additional time on the pending motions should an unexpected discovery dispute arise.

DATED: March 9, 2012                                  /s/ Tamara Loughrey
                                                      Tamara Loughrey
                                                      Attorney for Plaintiffs and
                                                      Counterdefendants

DATED: March 9, 2012                                  /s/ Jay T. Jambeck
                                                      MANDY LEIGH
                                                      JAY T. JAMBECK
                                                      Attorney for Plaintiffs and
                                                      Counterdefendants

DATED:  March 9, 2012 /s/ Rod Levin
Rod Levin
Attorney for Ripon Unified School
District Defendants

DATED:  March 9, 2012 /s/ Cassandra Carroll
G. Daniel Newland
Cassandra Carroll
Attorneys for Valley Mountain
Regional Center Defendants and
Counterclaimants

DATED:  March 9, 2012 /s/ Michelle Cannon
Michelle Cannon
Attorney for Modesto City Schools
Defendants

Z.F. v. Ripon, et al. – Stipulation and Request to Continue Class Certification and Doe Defendant [Proposed] Order

4

**[PROPOSED] ORDER**

Based on Plaintiffs' counsel's medical necessity and the parties' stipulation, good cause appearing therefore,

1. The April 16, 2012 date to amend the complaint to add 'Doe' defendants and move for Class Certification is vacated.

2. Plaintiffs' Motions for Class Certification and Doe Defendant Amendments are due on June 18, 2012;

3. Defendants' Responses/Oppositions to the Motions for Class Certification and Doe Defendants are due on August 2, 2012;

4. Plaintiffs' Reply is due on August 16, 2012;

5. Oral argument is scheduled to commence at 9:00 a.m. on September 10, 2012.

It is so ordered.

DATED: March15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge