IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F and J.F. and M.A.F. and J.F. individually; L.H., and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>      Plaintiffs, on behalf of themselves and all others similarly situated,<br><br>  v.<br><br>RIPON UNIFIED SCHOOL DISTRICT (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1 – 200.,<br><br>      Defendants. | 2:10-cv-00523-GEB-JFM<br><br>ORDER OF DISMISSAL |

1

```
                                    )
 _____   )
                                    )
 VALLEY MOUNTAIN REGIONAL           )
 CENTER, RICHARD JACOBS and TARA    )
 SISEMORE-HESTER                    )
                                    )
              Counter-claimants,    )
                                    )
       v.                           )
                                    )
 M.A.F. and J.A., SPECIAL NEEDS     )
 ADVOCATES FOR UNDERSTANDING,       )
 and AUTISM REFORM CALIFORNIA,      )
                                    )
              Counter-defendants.   )
                                    )
 _____   )
```

        Counter-claimants were required to respond to an Order filed September 29, 2011 by filing a document showing good cause for their failure to serve cross-defendant Autism Reform California within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 143, 2:15-25.) This filing was due no later than 4:00 p.m. on October 7, 2011. <u>Id.</u> The September 29, 2011 Order warned cross-claimants that failure to make the required showing by the deadline may result in this cross-defendant being dismissed from this action.

        Cross-complainants failed to respond to the September 29, 2011 Order. Therefore, cross-defendant Autism Reform California is dismissed from this action without prejudice.

        IT IS SO ORDERED.

Dated:  June 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2