SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants/Counter-Claimants
VALLEY MOUNTAIN REGIONAL CENTER,
RICHARD JACOBS, and TARA SISEMORE-HESTER

KRONICK MOSKOVITZ TIDEMANN & GIRARD
Michelle L. Cannon (SBN 172680) mcannon@kmtg.com
2390 Professional Drive
Roseville, CA 95661
(916) 321-4500
(916) 321-4555

Attorneys for Modesto City Schools, Modesto City Schools Board of Education, Virginia Johnson and Sue Swartzlander

MCARTHUR & LEVIN, LLP
Rodney L. Levin (SBN 169360) rod@mcarthurlevin.com
637 Santa Cruz Avenue
Los Gatos, CA 95030
(408) 741-2377
(408) 741-2378
Attorneys for Ripon Unified School District, Ripon Unified School District Board of Trustees and San Joaquin County Office of Education

LOUGHREY & ASSOCIATES
Tamara L. Loughrey (SBN 227001) tamara@spedattorneys.com
Loughrey & Associates
Lawyers & Advocates for Disability Rights, Inc.
21 - C Orinda Way, #307
Orinda, CA 94563
(925) 253-1693
(925) 253-9693 (facsimile)
Attorneys for Plaintiffs and Counter Defendants

LEIGH LAW GROUP
Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
Jay T. Jambeck (SBN 226018) jjambeck@leighlawgroup.com
870 Market St Ste 1157
San Francisco, CA 94102
(415) 399-9155
(415) 795-3733 (facsimile
Attorneys for Plaintiffs and Counter Defendants

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

1

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually, <br><br>    Plaintiffs, on behalf of themselves and all others similarly situated <br><br>  vs. <br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1-200. <br><br>    Defendants. | Case No. 2:10-CV-00523 GEB-JFM <br><br>**REQUEST AND JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES; [PROPOSED] ORDER** |

The parties in the above-captioned case hereby stipulate to continue certain deadlines for Plaintiffs' Motion for Class Certification. The reason for this stipulation and request is due to unanticipated issues that have arisen in connection with the scheduling of depositions for certain Plaintiffs that could not have been avoided despite the parties' diligence. Accordingly, the parties have agreed to the following schedule for the pending motions:

  1.  Defendants' Responses/Oppositions to the Plaintiffs' Motion for Class Certification will be due on August 16, 2012.

  2.  Plaintiffs' Reply will be due on August 30, 2012.

Presently, Plaintiffs' Motion for Class Certification is set to be heard before this Court on September 10, 2012 at 9:00 a.m. However, the parties are amenable to a hearing continuance, in the event the Court's calendar so requires.

IT IS SO STIPULATED.

DATED: June ___, 2012                     SEYFARTH SHAW LLP

By: _____s/s_____
       Cassandra H. Carroll
Attorneys for Defendant
VALLEY MOUNTAIN REGIONAL CENTER

DATED: June ___, 2012                     KRONICK MOSKOVITZ TIDEMANN & GIRARD

By: _____s/s_____
       Michelle Cannon
Attorneys for Defendants Modesto City Schools, Modesto City Schools Board of Education, Virginia Johnson and Sue Swartzlander

DATED: June ____, 2012                    MCARTHUR & LEVIN, LLP

By: _____s/s_____
       Rodney L. Levin
Attorneys for Defendants Ripon Unified School District, Ripon Unified School District Board of Trustees and San Joaquin County Office of Education

DATED: June ____, 2012                    LOUGHREY & ASSOCIATES

By: _____s/s_____
       Tamara L. Loughrey
Attorneys for Plaintiffs

3

1  DATED: June ____, 2012                    LEIGH LAW GROUP

                                             By: _____s/s_____
                                                     Mandy Leigh
                                                     Jay Jambeck
                                             Attorneys for Plaintiffs

4
Joint Stipulation re Class Certification Deadlines / Case No. 2:10-CV-00523-GEB-JFM

**ORDER**

Based on the parties stipulation,

1. Defendants' Responses/Oppositions to Plaintiffs' Motion for Class Certification will now be due on August 16, 2012.

2. Plaintiffs' Reply will be due on August 30, 2012.

3. Oral argument is scheduled to commence at 9:00 a.m. on September 10, 2012.

It is so ordered.

Date: 7/2/2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

14603754v.1