SEYFARTH SHAW LLP
G. Daniel Newland (SBN 87965) dnewland@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:      (415) 397-2823
Facsimile:       (415) 397-8549

Attorneys for Defendants
VALLEY MOUNTAIN REGIONAL CENTER, RICHARD JACOBS,
and TARA SISEMORE-HESTER

LOUGHREY & ASSOCIATES
Tamara Loughrey (SBN 227001)
21 Orinda Way, Suite C #307
Orinda, California 94563
Telephone: (925) 253-1693
Facsimile: (925) 253-9693

Attorneys for Plaintiffs and Counter Defendants

LEIGH LAW GROUP
Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
Jay T. Jambeck (SBN 226018) jjambeck@leighlawgruop.com
870 Market Street, Suite 1157
San Francisco, California 94102
Telephone: (415) 399-9155
Facsimile: (415) 795-3733

Attorneys for Plaintiffs and Counter Defendants

KRONICK MOSKOVITZ TIEDEMANN & GIRARD
Michelle L. Cannon (SBN: 172680) mcannon@kmtg.com
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendants
MODESTO CITY SCHOOLS

1

STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE/
CASE NO. 2:10-CV-00523 GEB-JFM

McARTHUR & LEVIN, LLP
Rodney L. Levin (SBN: 169360) rod@mcarthurlevin.com
637 North Santa Cruz Avenue
Los Gatos, California 95030
Telephone: (408) 741-2377
Facsimile: (408) 741-2378

Attorneys for Defendants
RIPON UNIFIED SCHOOL DISTRICT and SAN JOAQUIN OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs,<br><br>vs.<br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1-200,<br><br>Defendants. | Case No. 2:10-CV-00523 GEB-JFM<br><br>**STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE**<br><br>Date:   August 6, 2012<br>Time:   9:00 a.m. |

2

STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE/
CASE NO. 2:10-CV-00523 GEB-JFM

1        The parties in the above-captioned case hereby stipulate, provided the Court is agreeable, to continue the Status Conference currently set for August 6, 2012 in this matter. The Status Conference was set by way of this Court's Order dated September 29, 2011 (Dkt. No. 143). Since that time, the parties have stipulated to two extensions of deadlines associated with Plaintiffs' Motion for Class Certification (Dkt. No. 152, Filed June 18, 2012) and Plaintiffs' Motion for Joinder of Defendants (Substitution of Doe Defendants) (Dkt. No. 164, Filed June 18, 2012). (*See* Dkt. Nos. 148, 168.) The parties previously stipulated to the extensions due to Plaintiffs' counsel's medical needs, Plaintiffs' need to obtain additional counsel, and Plaintiffs' newly obtained counsel's need to become familiar with the case.

       Plaintiffs' Motion for Class Certification and Motion for Joinder of Defendants (Substitution of Doe Defendants) are currently noticed for hearing on September 10, 2012. The parties agree that the Court's rulings on Plaintiffs' motions will have a profound effect in determining the course of this case (i.e. whether it will proceed as a class action or as individual actions, etc.), which will likely influence the Court's determination of further dates, deadlines and scheduling.

       The parties therefore agree that holding the Status Conference on August 6, 2012 as currently scheduled will likely be of little benefit to the Court or the parties, and request that the Court continue the Status Conference to a date as soon as is practicable after it issues its ruling on Plaintiffs' motions identified above.

1    IT IS SO STIPULATED.

3    Dated: July 19, 2012                          SEYFARTH SHAW LLP

5                                                  By: /s/
                                                       G. Daniel Newland
6                                                      Cassandra H. Carroll
                                                       Matthew J. Mason

8                                                  Attorneys for Defendants / Counter Claimants
                                                   VALLEY MOUNTAIN REGIONAL CENTER,
                                                   RICHARD JACOBS, and TARA SISEMORE-
9                                                  HESTER

10   Dated: July 19, 2012                          LOUGHREY & ASSOCIATES

12                                                 By:         /s/
                                                       Tamara Loughrey
13

14                                                 Attorneys for Plaintiffs and Counter Defendants

15   Dated: July 19, 2012                          LEIGH LAW GROUP

17                                                 By:         /s/
                                                       Mandy Leigh
18                                                     Jay T. Jambeck

19                                                 Attorneys for Plaintiffs and Counter Defendants

21   Dated: July 19, 2012                          KRONICK MOSKOVITZ TIEDEMANN &
                                                   GIRARD
22

24                                                 By:         /s/
                                                       Michelle L. Cannon

25                                                 Attorneys for Defendants
                                                   MODESTO CITY SCHOOLS

4

STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE/
CASE NO. 2:10-CV-00523 GEB-JFM

14681471v.1 / 58540-000003

Dated: July 19, 2012                                      McARTHUR & LEVIN, LLP

By: _____/s/_____
Rodney L. Levin

Attorneys for Defendants
RIPON UNIFIED SCHOOL DISTRICT and
SAN JOAQUIN OFFICE OF EDUCATION

### [PROPOSED] ORDER

The Status Conference currently scheduled for August 6, 2012 shall be continued to November 26, 2012, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date: 7/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge