1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
2  Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
   Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
3  Matthew J. Mason (SBN 271344) mmason@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendants/Counter-Claimants
   VALLEY MOUNTAIN REGIONAL CENTER,
7  RICHARD JACOBS, and TARA SISEMORE-HESTER

8  KRONICK MOSKOVITZ TIDEMANN & GIRARD
   Michelle L. Cannon (SBN 172680) mcannon@kmtg.com
9  2390 Professional Drive
   Roseville, CA 95661
10 Telephone:  (916) 321-4500
   Facsimile:  (916) 321-4555
11
   Attorneys for MODESTO CITY SCHOOLS, MODESTO CITY
12 SCHOOLS BOARD OF EDUCATION

13 MCARTHUR & LEVIN, LLP
   Rodney L. Levin (SBN 169360) rod@mcarthurlevin.com
14 637 Santa Cruz Avenue
   Los Gatos, CA 95030
15 Telephone:  (408) 741-2377
   Facsimile:  (408) 741-2378
16
   Attorneys for RIPON UNIFIED SCHOOL DISTRICT,
17 RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES
   and SAN JOAQUIN COUNTY OFFICE OF EDUCATION
18
   LEIGH LAW GROUP
19 Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
   Jay T. Jambeck (SBN 226018)  jjambeck@leighlawgroup.com
20 870 Market St Ste 1157
   San Francisco, CA 94102
21 Telephone:  (415) 399-9155
   Facsimile:  (415) 795-3733
22
   Attorneys for Plaintiffs and Counter Defendants
23 Z.F, a minor, by and through his parents M.A.F. and J.F.
   and M.A.F. and J.F individually; L.H. and J.H., minors,
24 by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually;
   A.N., a minor, by and through his parents, G.N. and M.R.,
25 and G.N. and M.R. individually

26

27

28

3

Stipulation. re Referral to VDRP; Case No. 2:10-CV-00523-TLN-CKD

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>vs.<br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1-200.<br><br>Defendants. | Case No. 2:10-CV-00523-TLN-CKD<br><br>**STIPULATION TO EXTEND THE DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF TAKING FIVE (5) REMAINING DEPOSITIONS** |

Pursuant to Civ. L.R. 144, and subject to approval of the Court, Plaintiffs Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually ("Plaintiffs") and Defendants Modesto City Schools, Modesto City Schools Board of Education, Ripon Unified School District, Ripon Unified School District Board of Trustees and San Joaquin County Office of Education, and Valley Mountain Regional Center, Richard Jacobs, and Tara

2

Sisemore-Hester ("Defendants") (collectively, the "Parties") enter into the following stipulation and respectfully request the Court's acceptance of this stipulation:

1. WHEREAS, pursuant to the Court's January 21, 2014 Amended Pretrial Scheduling Order ("Scheduling Order"), the current non-expert discovery deadline is set for June 16;

2. WHEREAS, also pursuant to the Scheduling Order, the dispositive motion deadline to hear dispositive motions is December 11, 2014, and the trial in this matter is currently scheduled for May 18, 2015;

3. WHEREAS, the Parties previously agreed to place a stay on discovery pending the outcome of the Mandatory Settlement Conference, held on March 20, 2014 before the Honorable Magistrate Judge Allison Claire;

4. WHEREAS, the Parties were unable to resolve all claims at the March 20, 2014 Mandatory Settlement Conference;

5. WHEREAS, the Parties subsequently served written discovery concerning some of the remaining issues in this matter;

6. WHEREAS, the Parties agree that Defendants/Counter-claimants VMRC, Jacobs and Sisemore-Hester, who previously agreed to postpone taking depositions pertaining to their Counterclaim and Complaint against counter-defendants M.A.F., J.A. and Special Needs Advocates for Understanding, should have the opportunity to depose M.A.F., J.A., and non-party Shirley Nutt ("Nutt") in order to conduct adequate discovery of their counterclaims;

7. WHEREAS, the Parties agree that the defendants also should have the opportunity to depose parent-Plaintiff J.F., whose deposition was unable to be taken previously due to J.F.'s schedule and lack of availability;

8. WHEREAS, the Parties agree that Plaintiffs should have the opportunity to depose Ms. Sisemore-Hester, the Coordinator for Autism Services for VMRC;

9. WHEREAS, the Parties have met and conferred and have agreed good cause exists to stipulate to a continuance of the non-expert discovery deadline an additional thirty (30) days for the limited purpose of conducting the depositions stated in Paragraphs 6, 7 and 8;

**NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an Order extending the non-expert discovery deadline until July 16, 2014 for the limited purpose of conducting the depositions of (1) M.A.F.; (2) J.A.; (3) Shirley Nutt; (4) J.F.; and (5) Tara Sisemore-Hester only.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  June 13, 2014               SEYFARTH SHAW LLP


By:      */s/ Mathew J. Mason*
      G. Daniel Newland
      Cassandra H. Carroll
      Eric M. Lloyd
      Matthew J. Mason
Attorneys for Defendant
VALLEY MOUNTAIN REGIONAL CENTER RICHARD JACOBS, and TARA SISEMORE-HESTER

DATED:  June 13, 2014               KRONICK MOSKOVITZ TIDEMANN & GIRARD


By:      */s/ Michelle L. Cannon*
      Michelle L. Cannon
Attorneys for Defendant
MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION,

3

Case No. 2:10-CV-00523-TLN-CKD

| | | |
|---|---|---|
| DATED:  June 13, 2014 | | MCARTHUR & LEVIN, LLP |
| | | By:  */s/ Rodney L. Levin*<br>Rodney L. Levin<br>Attorneys for Defendant<br>RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES AND SAN JOAQUIN COUNTY OFFICE OF EDUCATION |
| DATED:  June 13, 2014 | | LEIGH LAW GROUP |
| | | By:  */s/ Jay T. Jambeck*<br>Jay T. Jambeck<br>Attorneys for Plaintiffs<br>Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually |

**IT IS SO ORDERED.**

Dated: June 16, 2014

Troy L. Nunley
United States District Judge

3

Case No. 2:10-CV-00523-TLN-CKD

17407714v.1 / 58540-000003