1   SEYFARTH SHAW LLP
    G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
2   Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
    Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
3   Matthew J. Mason (SBN 271344) mmason@seyfarth.com
    560 Mission Street, Suite 3100
4   San Francisco, California 94105
    Telephone: (415) 397-2823
5   Facsimile: (415) 397-8549

6   Attorneys for Defendants/Counter-Claimants
    VALLEY MOUNTAIN REGIONAL CENTER,
7   RICHARD JACOBS, and TARA SISEMORE-HESTER

8   KRONICK MOSKOVITZ TIDEMANN & GIRARD
    Michelle L. Cannon (SBN 172680) mcannon@kmtg.com
9   2390 Professional Drive
    Roseville, CA 95661
10  Telephone:  (916) 321-4500
    Facsimile:  (916) 321-4555
11
    Attorneys for MODESTO CITY SCHOOLS, MODESTO CITY
12  SCHOOLS BOARD OF EDUCATION

13  MCARTHUR & LEVIN, LLP
    Rodney L. Levin (SBN 169360) rod@mcarthurlevin.com
14  637 Santa Cruz Avenue
    Los Gatos, CA 95030
15  Telephone:  (408) 741-2377
    Facsimile:  (408) 741-2378
16
    Attorneys for RIPON UNIFIED SCHOOL DISTRICT,
17  RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES
    and SAN JOAQUIN COUNTY OFFICE OF EDUCATION
18
    LEIGH LAW GROUP
19  Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
    Jay T. Jambeck (SBN 226018)  jjambeck@leighlawgroup.com
20  870 Market St Ste 1157
    San Francisco, CA 94102
21  Telephone:  (415) 399-9155
    Facsimile:  (415) 795-3733
22
    Attorneys for Plaintiffs and Counter Defendants
23  Z.F, a minor, by and through his parents M.A.F. and J.F.
    and M.A.F. and J.F individually; L.H. and J.H., minors,
24  by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually;
    A.N., a minor, by and through his parents, G.N. and M.R.,
25  and G.N. and M.R. individually

26

27

28

                                        1
STIPULATION TO EXTEND THE DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF TAKING
TWO REMAINING DEPOSITIONS / CASE NO. 2:10-CV-00523-TLN-CKD

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>        Plaintiffs, on behalf of themselves and all others similarly situated<br><br>    vs.<br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1-200.<br><br>        Defendants. | Case No. 2:10-CV-00523-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINE FOR THE LIMITED PURPOSE OF TAKING TWO REMAINING DEPOSITIONS** |

Pursuant to Civ. L.R. 144, and subject to approval of the Court, Plaintiffs  Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually ("Plaintiffs") and Defendants Modesto City Schools, Modesto City Schools Board of Education, Ripon Unified School District, Ripon Unified School District Board of Trustees and San Joaquin County Office of Education, and Valley Mountain Regional Center, Richard Jacobs, and Tara

Sisemore-Hester ("Defendants") (collectively, the "Parties") enter into the following stipulation and respectfully request the Court's acceptance of this stipulation:

1.      WHEREAS, pursuant to the Court's January 21, 2014 Amended Pretrial Scheduling Order ("Scheduling Order"), the non-expert discovery deadline in this matter was previously set for June 16;

2.      WHEREAS, also pursuant to the Scheduling Order, the dispositive motion deadline to hear dispositive motions is December 11, 2014, and the trial in this matter is currently scheduled for May 18, 2015;

3.      WHEREAS, the Parties previously agreed to place a stay on discovery pending the outcome of the Mandatory Settlement Conference, held on March 20, 2014 before the Honorable Magistrate Judge Allison Claire;

4.      WHEREAS, the Parties were unable to resolve all claims at the March 20, 2014 Mandatory Settlement Conference, and since made diligent efforts to complete the discovery previously agreed to be put on hold pending the outcome of the settlement conference;

5.      WHEREAS, the Parties subsequently stipulated to, and this Court granted the stipulation to extend the discovery deadline an additional 30 days to July 16, 2014 for the limited purpose of completing five remaining depositions of Plaintiff and Counter-Defendant M.A.F., Plaintiff and Counter-Defendant J.A., Plaintiff J.F., non-party Shirley Nutt ("Nutt"), and Counter-Claimant Tara Sisemore-Hester ("Sisemore-Hester");

6.      WHEREAS, during the time between the granting of the Parties' stipulation and the extended July 16, 2014, Plaintiffs' counsel had a week-long trial which limited the available days to complete the depositions.  Further, due to a glitch in an email server, the majority of emails sent from Plaintiffs' counsel to counsel for the co-Defendants and Counter-Claimants was not delivered and/or was unknowingly caught in SPAM filters, causing an unexpected and unrealized miscommunication among counsel for all parties.  Because counsel for the Parties were unaware of this glitch for approximately one week following Plaintiffs' counsel's trial in another matter, the Parties were unable to coordinate available dates to complete the depositions as planned;

1    7.    WHEREAS, the Parties have since worked diligently to schedule the remaining

2    depositions and have agreed to a schedule to complete them;

3    8.    WHEREAS, Defendants and/or Counter-Claimants were able to depose J.F. and

4    M.A.F. on Tuesday, July 15, 2014, Plaintiffs have scheduled the deposition of Sisemore-Hester

5    for Wednesday July 23, 2014, Counter-Claimants have scheduled the deposition of J.A. for

6    Thursday July 24, 2014, and Counter-Claimants have agreed to forego the deposition of Nutt

7    (while reserving the right to depose her should information be revealed in any of the other

8    depositions indicating a need to take the deposition of Nutt);

9    9.    WHEREAS, the Parties have met and conferred and have agreed good cause

10   exists to stipulate to a continuance of the non-expert discovery deadline until July 31, 2014 for

11   the limited purpose of completing the remaining depositions of Sisemore-Hester and J.A., and

12   potentially Nutt, if needed;

13   **NOW THEREFORE**, all Parties hereto stipulate and agree that the Court may enter an

14   Order extending the non-expert discovery deadline until July 31, 2014 for the limited purpose of

15   conducting the depositions of (1) Tara Sisemore-Hester and (2) J.A. only.  The Parties also

16   stipulate and agree that, should any information be revealed in the remaining depositions causing

17   it to be necessary, Counter-Claimants shall reserve and have the right to depose non-party

18   Shirley Nutt on or before July 31, 2014.

19

20   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

21

22   DATED:  July 18, 2014                          SEYFARTH SHAW LLP

23

24                                              By: _____/s/ Mathew J. Mason_____
                                                   G. Daniel Newland

25                                                 Cassandra H. Carroll
                                                   Eric M. Lloyd

26                                                 Matthew J. Mason
                                               Attorneys for Defendant

27                                             VALLEY MOUNTAIN REGIONAL
                                               CENTER RICHARD JACOBS, and TARA

28                                             SISEMORE-HESTER

4

1   DATED:  July 18, 2014                    KRONICK MOSKOVITZ TIDEMANN &
2                                            GIRARD

3

4                                            By: _____/s/ Michelle L. Cannon_____
                                                    Michelle L. Cannon
5                                            Attorneys for Defendant
                                             MODESTO CITY SCHOOLS, MODESTO
6                                            CITY SCHOOLS BOARD OF EDUCATION,

7   DATED:  July 18, 2014                    MCARTHUR & LEVIN, LLP

8

9                                            By: _____/s/ Rodney L. Levin_____
10                                                  Rodney L. Levin
                                             Attorneys for Defendant
11                                           RIPON UNIFIED SCHOOL DISTRICT,
                                             RIPON UNIFIED SCHOOL DISTRICT
12                                           BOARD OF TRUSTEES AND SAN
                                             JOAQUIN COUNTY OFFICE OF
13                                           EDUCATION

14  DATED:  July 18, 2014                    LEIGH LAW GROUP

15

16                                           By: _____/s/ Jay T. Jambeck_____
                                                    Jay T. Jambeck
17                                           Attorneys for Plaintiffs
                                             Z.F, a minor, by and through his parents
18                                           M.A.F. and J.F. and M.A.F. and J.F
                                             individually; L.H. and J.H., minors, by and
19                                           through their parents J.A. and J.R.H. and J.A.
                                             and J.R.H. individually; A.N., a minor, by and
20                                           through his parents, G.N. and M.R., and G.N.
                                             and M.R. individually
21

22  IT IS SO ORDERED.

23

24  Dated: July 22, 2014

25

26                                           _____
27                                           Troy L. Nunley
                                             United States District Judge
28

                                   5