LEIGH LAW GROUP
Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
Jay T. Jambeck (SBN 226018)  jjambeck@leighlawgroup.com
870 Market St Ste 1157
San Francisco, CA 94102
Telephone:  (415) 399-9155
Facsimile:  (415) 795-3733
Attorneys for Plaintiffs/Counter-Defendants
Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H., A.N., G.N., and M.R.

SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
Matthew J. Mason (SBN 271344) mmason@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Attorneys for Defendants/Counter-Claimants
VALLEY MOUNTAIN REGIONAL CENTER,
RICHARD JACOBS, and TARA SISEMORE-HESTER

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>vs.<br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and individual capacity; VIRGINIA JOHNSON, | Case No. 2:10-CV-00523 TLN-CKD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTER CLAIMS AGAINST J.A. ONLY; AND ORDER (Fed. R. Civ. P. 41(a)(2), 41(c)(2))** |

| | |
|---|---|
| Director of Modesto City Schools SELPA, in her official and individual capacity; SUE SWARTZLANDER, Program Director for Modesto City Schools, in her official and individual capacity and Does 1-200. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

IT IS HEREBY STIPULATED that pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c)(2) by and between COUNTER-CLAIMANTS VALLEY MOUNTAIN REGIONAL CENTER, TARA SISEMORE-HESTER and RICHARD JACOBS ("Counter-Claimants") and COUNTER-DEFENDANT J.A., though their respective counsel of record, that COUNTER-CLAIMANTS' entire counter-complaint [Docket No. 21] is dismissed as to **J.A. only** in its entirety, with prejudice, and without costs to either party as to the counter-claims alleged therein.

IT IS SO STIPULATED.

DATED:  November 25, 2014			SEYFARTH SHAW LLP


						By:  _____*/s/ Cassandra H. Carroll*_____
						       G. Daniel Newland
						       Cassandra H. Carroll
						       Eric M. Lloyd
						       Matthew J. Mason
						Attorneys for Defendant
						VALLEY MOUNTAIN REGIONAL
						CENTER RICHARD JACOBS, and TARA
						SISEMORE-HESTER


DATED:  November 25, 2014			LEIGH LAW GROUP


						By:  _____*/s/ Jay T. Jambeck*_____
						       Jay T. Jambeck
						Attorneys for Plaintiffs
						Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H.,
						A.N., G.N., and M.R.

**ORDER**

IT IS SO ORDERED.

Dated: November 25, 2014

_____
Troy L. Nunley
United States District Judge