LEIGH LAW GROUP
Mandy Leigh (SBN 225748)
*mleigh@leighlawgroup.com*
Jay T. Jambeck (SBN 226018)
*jjambeck@leighlawgroup.com*
870 Market Street, Suite 1157
San Francisco, California 94102
Telephone:   (415) 399-9155
Facsimile:   (415) 795-3733
Attorneys for Plaintiffs/Counter-Defendants
Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H., A.N., G.N., AND M.R.

SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965)
*dnewland@seyfarth.com*
Cassandra H. Carroll (SBN 209123)
*ccarroll@seyfarth.com*
Eric M. Lloyd (SBN 254390)
*elloyd@seyfarth.com*
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549
Attorneys for Defendants/Counter-Claimants
VALLEY MOUNTAIN REGIONAL CENTER,
RICHARD JACOBS, AND TARA
SISEMORE-HESTER

# THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually,<br><br>Plaintiffs, on behalf of themselves and all others similarly situated<br><br>vs.<br><br>RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO | Case No. 2:10-CV-00523 TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE JOINT STATUS CONFERENCE DEADLINE** |

| | |
|---|---|
| 1 | CITY SCHOOLS, MODESTO CITY SCHOOLS BOARD OF EDUCATION, |
| 2 | RICHARD JACOBS, Executive Director of VMRC, in his official and individual capacity, |
| 3 | TARA SISEMORE-HESTER, Coordinator for Autism Services for VMRC, in her official and |
| 4 | individual capacity; VIRGINIA JOHNSON, Director of Modesto City Schools SELPA, in |
| 5 | her official and individual capacity; SUE SWARTZLANDER, Program Director for |
| 6 | Modesto City Schools, in her official and individual capacity and Does 1-200. |
| 7 | |
| 8 | Defendants. |

Counter-Claimants Valley Mountain Regional Center, Tara Sisemore-Hester and Richard Jacobs and Counter-Defendant M.A.F. (collectively the "Parties") hereby stipulate as follows:

WHEREAS, the Court ordered the parties to file a Joint Status Conference Report within thirty (30) days of its March 31, 2017 Order (Docket #294), which was then extended to thirty (30) days after the Court ruled on other pending motions for summary judgment (Docket #295).

WHEREAS, the current deadline for the Parties to file the Joint Status Conference Report is June 5, 2017 (Docket #296).

WHEREAS, the parties are engaging in meaningful and productive settlement discussions regarding the counter-claims, and believe that they may be able to resolve outstanding disputes.

WHEREAS, in order to allow the parties sufficient time to allow these discussions to run their course, the parties jointly seek a brief 7-day extension to submit their Joint Status Report, until June 12, 2017.

IT IS THEREFORE STIPULATED AND AGREED that the parties' deadline to submit their Joint Status Report is extended seven (7) days, or until June 12, 2017.

IT IS SO STIPULATED.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: June 2, 2017 | LEIGH LAW GROUP |
| 2 | | |
| 3 | | By: _____*/s/ Jay T. Jambeck*_____ |
| 4 | | Jay T. Jambeck<br>Attorneys for Plaintiffs |
| 5 | | Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H.,<br>A.N., G.N., and M.R. |
| 6 | | |
| 7 | DATED: June 2, 2017 | SEYFARTH SHAW LLP |
| 8 | | |
| 9 | | By: _____*/s/ Cassandra H. Carroll*_____ |
| 10 | | G. Daniel Newland<br>Cassandra H. Carroll |
| 11 | | Eric M. Lloyd<br>Matthew J. Mason |
| 12 | | Attorneys for Defendant<br>VALLEY MOUNTAIN REGIONAL |
| 13 | | CENTER RICHARD JACOBS, and TARA<br>SISEMORE-HESTER |

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2017

_____
Troy L. Nunley
United States District Judge