1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   Z.F, a minor, by and through his parents M.A.F.        Case No. 2:10-CV-00523 TLN-CKD
     and J.F. and M.A.F. and J.F individually; L.H. and
12   J.H., minors, by and through their parents J.A. and    **JUDGMENT**
     J.R.H. and J.A. and J.R.H. individually; A.N., a
13   minor, by and through his parents, G.N. and M.R.,
     and G.N. and M.R. individually,
14
                     Plaintiffs,
15
             v.
16
     RIPON UNIFIED SCHOOL DISTRICT, (RUSD);
17   RIPON UNIFIED SCHOOL DISTRICT BOARD
     OF TRUSTEES; SAN JOAQUIN COUNTY
18   OFFICE OF EDUCATION; VALLEY
     MOUNTAIN REGIONAL CENTER (VMRC),
19   MODESTO CITY SCHOOLS, MODESTO CITY
     SCHOOLS BOARD OF EDUCATION,
20   RICHARD JACOBS, Executive Director of
     VMRC, in his official and individual capacity,
21   TARA SISEMORE-HESTER, Coordinator for
     Autism Services for VMRC, in her official and
22   individual capacity; VIRGINIA JOHNSON,
     Director of Modesto City Schools SELPA, in her
23   official and individual capacity; SUE
     SWARTZLANDER, Program Director for
24   Modesto City Schools, in her official and
     individual capacity and Does 1-200,
25
                     Defendants.
26

27

28

VALLEY MOUNTAIN REGIONAL CENTER,
RICHARD JACOBS, and TARA SISEMORE-
HESTER,

                    Counterclaimants,

     v.

M.A.F. and SPECIAL NEEDS ADVOCATES
FOR UNDERSTANDING,

                    Counterdefendants.

       This matter was before the Court, the Honorable Troy L. Nunley, United States District Court Judge, presiding, on two separate motions for summary judgment. The first of these was filed by Defendant Valley Mountain Regional Center ("VMRC"). The second was filed by Defendants Ripon Unified School District ("RUSD"), Ripon Unified School District Board of Trustees, and San Joaquin County Office of Education (collectively, "RUSD Defendants"). The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

       **IT IS ORDERED AND ADJUDICATED** that judgment is hereby entered in favor of VMRC and RUSD Defendants and against Plaintiffs on Plaintiffs' Rehabilitation Act Section 504 claim; in favor of VMRC and against Plaintiffs on Plaintiffs' Unruh Civil Rights Act Claim; and in favor of RUSD Defendants and against Plaintiffs Z.F., A.N., and their respective parents on Plaintiffs' ADA claim. Plaintiffs' Complaint shall be dismissed with prejudice.

**JUDGMENT IS SO ORDERED.**

Dated: June 13, 2017

_____
Troy L. Nunley
United States District Judge