| | |
|---|---|
| 1 | LEIGH LAW GROUP |
| | Mandy Leigh (SBN 225748) |
| 2 | *mleigh@leighlawgroup.com* |
| | Jay T. Jambeck (SBN 226018) |
| 3 | *jjambeck@leighlawgroup.com* |
| | 870 Market Street, Suite 1157 |
| 4 | San Francisco, California 94102 |
| | Telephone: (415) 399-9155 |
| 5 | Facsimile: (415) 795-3733 |
| | Attorneys for Plaintiffs/Counter-Defendant |
| 6 | Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H., A.N., G.N., and M.R. |

| SEYFARTH SHAW LLP | MCARTHUR & LEVIN, LLP |
|---|---|
| G. Daniel Newland (SBN 087965) | Rodney L. Levin (SBN 169360) |
| *dnewland@seyfarth.com* | rod@mcarthurlevin.com |
| Cassandra H. Carroll (SBN 209123) | 637 Santa Cruz Avenue |
| *ccarroll@seyfarth.com* | Los Gatos, CA 95030 |
| Eric M. Lloyd (SBN 254390) | Telephone: (408) 741-2377 |
| *elloyd@seyfarth.com* | Facsimile: (408) 741-2378 |
| 560 Mission Street, Suite 3100 | |
| San Francisco, California 94105 | Attorneys for Defendants RIPON UNIFIED |
| Telephone: (415) 397-2823 | SCHOOL DISTRICT, RIPON UNIFIED |
| Facsimile: (415) 397-8549 | SCHOOL DISTRICT BOARD OF TRUSTEES |
| Attorneys for Defendant/Counter-Claimants | and SAN JOAQUIN COUNTY OFFICE OF |
| VALLEY MOUNTAIN REGIONAL CENTER, | EDUCATION |
| RICHARD JACOBS, AND TARA | |
| SISEMORE-HESTER | |

# THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.F, a minor, by and through his parents M.A.F. and J.F. and M.A.F. and J.F individually; L.H. and J.H., minors, by and through their parents J.A. and J.R.H. and J.A. and J.R.H. individually; A.N., a minor, by and through his parents, G.N. and M.R., and G.N. and M.R. individually, <br><br> Plaintiffs, on behalf of themselves and all others similarly situated <br><br> vs. <br><br> RIPON UNIFIED SCHOOL DISTRICT, (RUSD); RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES,; SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER (VMRC), MODESTO CITY SCHOOLS, MODESTO CITY | Case No. 2:10-CV-00523 TLN-CKD <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' AND CROSS-DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT (L-R 230(f))** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SCHOOLS BOARD OF EDUCATION,  )<br>RICHARD JACOBS, Executive Director of  )<br>VMRC, in his official and individual capacity,  )<br>TARA SISEMORE-HESTER, Coordinator for  )<br>Autism Services for VMRC, in her official and  )<br>individual capacity; VIRGINIA JOHNSON,  )<br>Director of Modesto City Schools SELPA, in  )<br>her official and individual capacity; SUE  )<br>SWARTZLANDER, Program Director for  )<br>Modesto City Schools, in her official and  )<br>individual capacity and Does 1-200.  )<br>        )<br>        Defendants.  ) |

Plaintiffs Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H., A.N., G.N., and M.R. (collectively "Plaintiffs"), Defendants VALLEY MOUNTAIN REGIONAL CENTER, RIPON UNIFIED SCHOOL DISTRICT, RIPON UNIFIED SCHOOL DISTRICT BOARD OF TRUSTEES and SAN JOAQUIN COUNTY OFFICE OF EDUCATION, Counter-claimants VALLEY MOUNTAIN REGIONAL CENTER, RICHARD JACOBS, AND TARA SISEMORE-HESTER, and Counter-defendant M.A.F. (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on July 12, 2017, Plaintiffs and Counter-defendant M.A.F. filed a Motion for Relief from Judgment (the "Motion") (Docket #308), with a noticed hearing date of August 10, 2017 at 2:00 p.m.

WHEREAS, counsel for Defendant and Counter-claimant Valley Mountain Regional Center and Counter-claimants Richard Jacobs and Tara Sisemore-Hester will be traveling out-of-state, and cannot attend the currently scheduled August 10, 2017 hearing.

WHEREAS, to ensure that all counsel will be available to attend the hearing for Plaintiffs' and Counter-defendant's Motion, the parties jointly seek a brief two-week continuance of the hearing, until August 24, 2017, which appears to be the Honorable Troy L. Nunley's next available law and motion hearing date.

//

//

//

2

JOINT STIPULATION AND ORDER TO CONTINUE HEARING RE. MOTION FOR RELIEF
CASE NO. 2:10-CV-00523-TLN-CKD

40223782v.1

IT IS THEREFORE STIPULATED AND AGREED that the hearing for Plaintiffs' Motion shall be continued to August 24, 2017, or as soon thereafter as is convenient for the Court.

IT IS SO STIPULATED.

DATED: August 1, 2017　　　　　　　　　　　LEIGH LAW GROUP

By: */s/ Jay T. Jambeck*
　　　Jay T. Jambeck
Attorneys for Plaintiffs/Counter-defendant
Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H.,
A.N., G.N., and M.R.

DATED: August 1, 2017　　　　　　　　　　　MCARTHUR & LEVIN, LLP

By: */s/Rodney L. Levine*
　　　Rodney L. Levine

Attorneys for Defendants
RIPON UNIFIED SCHOOL DISTRICT,
RIPON UNIFIED SCHOOL DISTRICT
BOARD OF TRUSTEES and SAN JOAQUIN
COUNTY OFFICE OF EDUCATION

DATED: August 1, 2017　　　　　　　　　　　SEYFARTH SHAW LLP

By: */s/ Cassandra H. Carroll*
　　　G. Daniel Newland
　　　Cassandra H. Carroll
　　　Eric M. Lloyd
　　　Matthew J. Mason
Attorneys for Defendant/Counter-claimants
VALLEY MOUNTAIN REGIONAL
CENTER RICHARD JACOBS, and TARA
SISEMORE-HESTER

40223782v.1

# **ORDER**

IT IS SO ORDERED.

DATED: August 1, 2017

_____
Troy L. Nunley
United States District Judge