1  LEIGH LAW GROUP
   Mandy Leigh (SBN 225748) mleigh@leighlawgroup.com
2  Jay T. Jambeck (SBN 226018)  jjambeck@leighlawgroup.com
   870 Market St Ste 1157
3  San Francisco, CA 94102
   Telephone:  (415) 399-9155
4  Facsimile:  (415) 795-3733
   Attorneys for Plaintiffs/Counter-Defendants
5  Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H., A.N., G.N., and M.R.

6  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
7  Cassandra H. Carroll (SBN 209123) ccarroll@seyfarth.com
   Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
10 Attorneys for Defendants/Counter-Claimants
   VALLEY MOUNTAIN REGIONAL CENTER,
11 RICHARD JACOBS, and TARA SISEMORE-HESTER

12

13                   THE UNITED STATES DISTRICT COURT FOR

14                   THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  Z.F, a minor, by and through his parents M.A.F. ) | Case No. 2:10-CV-00523 TLN-CKD |
| and J.F. and M.A.F. and J.F individually; L.H.  ) | |
| 16  and J.H., minors, by and through their parents  ) | **STIPULATION OF DISMISSAL WITH** |
| J.A. and J.R.H. and J.A. and J.R.H. individually;) | **PREJUDICE OF COUNTER CLAIMS** |
| 17  A.N., a minor, by and through his parents, G.N. ) | **AGAINST M.A.F.; AND ORDER (Fed.** |
| and M.R., and G.N. and M.R. individually,   ) | **R. Civ. P. 41(a)(2), 41(c)(2))** |
| 18                                          ) | |
| Plaintiffs, on behalf of       ) | |
| 19  themselves and all others    ) | |
| similarly situated          ) | |
| 20                                          ) | |
| vs.                          ) | |
| 21                                          ) | |
| RIPON UNIFIED SCHOOL DISTRICT,    ) | |
| 22  (RUSD); RIPON UNIFIED SCHOOL    ) | |
| DISTRICT BOARD OF TRUSTEES,; SAN   ) | |
| 23  JOAQUIN COUNTY OFFICE OF        ) | |
| EDUCATION; VALLEY MOUNTAIN       ) | |
| 24  REGIONAL CENTER (VMRC), MODESTO  ) | |
| CITY SCHOOLS, MODESTO CITY       ) | |
| 25  SCHOOLS BOARD OF EDUCATION,     ) | |
| RICHARD JACOBS, Executive Director of  ) | |
| 26  VMRC, in his official and individual capacity,  ) | |
| TARA SISEMORE-HESTER, Coordinator for  ) | |
| 27  Autism Services for VMRC, in her official and  ) | |
| individual capacity; VIRGINIA JOHNSON,  ) | |
| 28  Director of Modesto City Schools SELPA, in   ) | |

her official and individual capacity; SUE
SWARTZLANDER, Program Director for
Modesto City Schools, in her official and
individual capacity and Does 1-200.

              Defendants.

)
)
)
)
)
)
)
)

IT IS HEREBY STIPULATED that pursuant to Federal Rules of Civil Procedure 41(a)(2) and

41(c)(2) by and between COUNTER-CLAIMANTS VALLEY MOUNTAIN REGIONAL CENTER,

TARA SISEMORE-HESTER and RICHARD JACOBS ("Counter-Claimants") and COUNTER-

DEFENDANT M.A.F., though their respective counsel of record, that COUNTER-CLAIMANTS'

entire counter-complaint [Docket No. 21] is dismissed as to the sole remaining COUNTER-

DEFENDANT M.A.F. in its entirety, with prejudice, and without costs to either party as to the counter-

claims alleged therein.[1]

       IT IS SO STIPULATED.


DATED:  August 30, 2017               SEYFARTH SHAW LLP


                               By: _____*/s/ Cassandra H. Carroll*_____
                                    G. Daniel Newland
                                    Cassandra H. Carroll
                                    Eric M. Lloyd
                                    Matthew J. Mason
               Attorneys for Defendant
               VALLEY MOUNTAIN REGIONAL
               CENTER RICHARD JACOBS, and TARA
               SISEMORE-HESTER

---

[1] Former Counter-defendant J.A. was dismissed on December 1, 2014 [Docket No. 21].  The other named Counter-
defendants, Special Needs Advocates for Understanding and Autism Reform California, were never served and never
appeared in the action.   Accordingly, the present Stipulation of Dismissal and Order shall function to conclude the counter-
complaint [Docket No. 21].

STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTER CLAIMS AGAINST M.A.F.; [PROPOSED]
ORDER / CASE NO. 2:10-CV-00523-TLN-CKD

DATED: August 30, 2017                          LEIGH LAW GROUP


                                                By: _____/s/ Jay T. Jambeck_____
                                                        Jay T. Jambeck
                                                Attorneys for Plaintiffs
                                                Z.F, M.A.F., J.F., L.H., J.H., J.A., J.R.H.,
                                                A.N., G.N., and M.R.


                                    **ORDER**

        IT IS SO ORDERED.


DATED: August 31, 2017

                                                _____
                                                Troy L. Nunley
                                                United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTER CLAIMS AGAINST M.A.F.; [PROPOSED]
ORDER / CASE NO. 2:10-CV-00523-TLN-CKD